UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pedro Eugenio Quispe-Sulcaray,

                Petitioner,

       -against-

KRISTI NOEM, in her official capacity as
Secretary, U.S Department of Homeland
Security;

LADEON FRANCIS, in his official capacity
as Acting Director, New York Field Office,
U.S. Immigration & Customs Enforcement,
U.S. Department of Homeland Security; and

PAM BONDI, in her official capacity as
Attorney General of the United States,

                Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2025

25-CV-9908

ORDER TO ANSWER, 28 U.S.C. § 2241

VALERIE CAPRONI, United States District Judge:

Petitioner has filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241. The

Court, having examined the Petition, hereby ORDERS that **no later than Friday, November 28,**

**2025**, Respondents shall file a letter with the following information:

    a.  whether Petitioner was, as the Petition alleges, *see* ECF No. 1, ¶ 19, located in the
Southern District of New York at the time that the Petition was filed and, if not,
what District Petitioner was in at the time of filing and whether the Petition
should be immediately transferred to that District, *see, e.g.*, *Öztürk v. Hyde*, 136
F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y.
2025);

    b.  Petitioner's A-number and current place of detention;

    c.  the statutory provision(s) under which Respondents assert the authority to detain
Petitioner;

    d.  a copy of any final order of removal; and

    e.  any information regarding the procedural posture of any pending Department of
Homeland Security or Executive Office for Immigration Review proceedings.

The parties shall appear for a case management conference with the Court in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007 on **December 1, 2025** at **11:30 a.m.  Respondents shall produce Petitioner at the conference.**

To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court.  *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").  **Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.**  *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

The Clerk of Court is respectfully directed to electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.  The Clerk of the

Court is also respectfully directed to mail Petitioner's attorney a copy of this order at the address listed on the docket.

**SO ORDERED.**

**Dated: November 26, 2025**
        **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**

3