UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pedro Eugenio Quispe-Sulcaray, | |
| Petitioner, | |
| -against- | |
| KRISTI NOEM, in her official capacity as Secretary, U.S Department of Homeland Security; | |
| LADEON FRANCIS, in his official capacity as Acting Director, New York Field Office, U.S. Immigration & Customs Enforcement, U.S. Department of Homeland Security; and | |
| PAM BONDI, in her official capacity as Attorney General of the United States, | |
| Respondents. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2025

25-CV-9908

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 26, 2025, Petitioner filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241, Dkt. 1; and

WHEREAS the parties appeared before the Court on December 1, 2025.

IT IS HEREBY ORDERED that Respondents' response to Petitioner's Petition at Dkt. 1 is due **no later than Wednesday, December 3, 2025**.  Respondents must provide Petitioner with the Arrest Warrant and Notice of Custody Determination by **Wednesday, December 3, 2025**. Petitioner's reply is due **no later than Thursday, December 4, 2025**.

**SO ORDERED.**

**Dated: December 1, 2025**
       **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**