**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PEDRO EUGENIO QUISPE-SULCARAY,

                                Petitioner,                    25 **CIVIL** 9908 (VEC)

        -against-                                   **JUDGMENT**

KRISTI NOEM, in her official capacity as
Secretary, U.S Department of Homeland
Security;
LADEON FRANCIS, in his official capacity
as Acting Director, New York Field Office,
U.S. Immigration & Customs Enforcement,
U.S. Department of Homeland Security; and
PAM BONDI, in her official capacity as
Attorney General of the United States,

                                Respondents.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 7, 2025, Mr. Quispe-Sulcaray's Petition for Writ of Habeas Corpus is GRANTED. Respondents are ordered to release him from custody immediately and certify compliance with this Order no later than 9:00 a.m. on Monday, December 8, 2025.

**DATED:**  New York, New York
             December 19, 2025

                                        **TAMMI M. HELLWIG**

                                        **Clerk of Court**

        **BY:**

                                        **Deputy Clerk**