UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2026
```

Pedro Eugenio Quispe-Sulcaray,

                Petitioner,

-against-

KRISTI NOEM, in her official capacity as Secretary, U.S Department of Homeland Security;

LADEON FRANCIS, in his official capacity as Acting Director, New York Field Office, U.S. Immigration & Customs Enforcement, U.S. Department of Homeland Security; and

PAM BONDI, in her official capacity as Attorney General of the United States,

                Respondents.

25-CV-9908 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 26, 2025, Petitioner filed a Petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241, Dkt. 1;

       WHEREAS for reasons articulated in the Court's Opinion & Order at Dkt. 15, Petitioner's Petition for a writ of *habeas corpus* was granted;

       WHEREAS Petitioner was released from U.S. Immigration and Customs Enforcement ("ICE") custody on December 7, 2025, Dkt. 16;

       WHEREAS the Government represented that it would not take any of the following steps "without first giving the Court and Petitioner's counsel one week notice," Dkt. 17:

       (1) re-detain Petitioner without a valid exercise of discretion;

       (2) deny bond to Petitioner in any subsequent proceeding on the ground that he must be detained pursuant to 8 U.S.C. § 1225(b)(2)(A) absent a change in relevant circumstances;

(3) invoke the automatic stay provision at 8 C.F.R. § 1003.19(i)(2) in the event that Petitioner is granted bond; or

(4) impose other conditions of release or burdens on Petitioner's liberty, such as an ankle monitor;

WHEREAS Judgment was entered in favor of Petitioner, Dkt. 19; and

WHEREAS the parties stipulated to attorneys' fees for Petitioner's counsel under the Equal Access to Justice Act, Dkts. 20-21.

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to close this case. The Court will retain jurisdiction to enforce the Government's commitment — per the Court's Order at Dkt. 15 and the Government's letter at Dkt. 16 — not to take any of the above actions affecting Petitioner's liberty without first giving his counsel and the Court one week's notice.

**SO ORDERED.**

**Dated: February 11, 2026**
         **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**