**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PEDRO EUGENIO QUISPE-SULCARAY,

                                Petitioner,

        -against-

KRISTI NOEM, in her official capacity as
Secretary, U.S Department of Homeland
Security; LADEON FRANCIS, in his official
capacity as Acting Director, New York Field
Office, U.S. Immigration & Customs Enforcement,
U.S. Department of Homeland Security; and
PAM BONDI, in her official capacity as
Attorney General of the United States,

                             Respondents.
-----------------------------------------------------------------X

25 **CIVIL** 9908 (VEC)

**JUDGMENT**

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 11, 2026, the case is closed. The Court will retain jurisdiction to enforce the Government's commitment per the Court's Order at Dkt. 15 and the Government's letter at Dkt. 16 not to take any of the above actions affecting Petitioner's liberty without first giving his counsel and the Court one week's notice.

**Dated:** New York, New York

      February 13, 2026

                                   **TAMMI M. HELLWIG**

                                      **Clerk of Court**

        **BY:**

                                      **Deputy Clerk**